UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Case No. 19-46095-mbm

**Michelle Ann Boesch**                 Chapter 7

      Debtor.                              Hon. Marci B. McIvor

_____/

## ORDER CONVERTING CASE TO CHAPTER 13

This case came before the Court on the motion of the United States Trustee for an order dismissing this case under § 707(b)(3) of the Bankruptcy Code, (Docket #22). A response to the Motion was filed and a hearing is scheduled for July 23, 2019. The United States Trustee and the Debtor have agreed to resolve the Motion to Dismiss through the Debtor's voluntary conversion of this case to Chapter 13. The parties filed a stipulation for entry of an order converting this case. Accordingly,

**IT IS ORDERED** that the Motion is deemed resolved by this Order.

**IT IS FURTHER ORDERED** that this case is converted to a case under Chapter 13, effective immediately.

**IT IS FURTHER ORDERED** that the Debtor shall pay the applicable conversion fee by 07/18/2019.

**Signed on July 11, 2019**



/s/ Marci B. McIvor
Marci B. McIvor
United States Bankruptcy Judge